U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **Axel Braun Productions**<br>**19360 Rinaldi Street, #405**<br>**Porter Ranch, CA 91326**<br><br>        **Plaintiff,**<br><br>v.<br><br>**DOES 1 – 7098**<br><br>        **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)  Case Number 3:10-cv-00112<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE TO TAKE DISCOVERY**
**PRIOR TO RULE 26(f) CONFERENCE**

Plaintiff, by counsel, pursuant to the Federal Rules of Civil Procedure, respectfully moves this Court for leave to take discovery prior to the Rule 26(f) conference for the reasons stated in its accompanying Memorandum of Points & Authorities filed contemporaneously herewith.  Plaintiff requests a hearing on this matter, if necessary, on an expedited basis.

>Respectfully Submitted,
>
>Axel Braun Productions

**DATED**: November 10, 2010

> By: /s/_____
> Kenneth J. Ford, Esq.
> WV Bar # 8066
> Adult Copyright Company
> 322 W. Washington Street, Suite 8
> Charles Town, WV 25414
> Ph:  304-945-0288
> Fax:  304-945-0288 (select fax option)
> kford@adultcopyrightcompany.com
> *Attorney for the Plaintiff*

1