Adult Copyright Company
322 W. Washington Street, Suite 8
Charles Town, WV 25414

Wednesday, November 24, 2010

**VIA U.S. MAIL**
Wide Open West
Attn:  Marian Samuals/Custodian of Records
1674 Frontenac Road
Naperville, IL  60563

Re:  Court Order & Subpoena:     Axel Braun Productions v. Does 1-7098
                                Civil Action No. 3:10-cv-00112
                                U.S. District Court for the Northern District of West Virginia

Dear Custodian of Records:

Please find the enclosed subpoena and court order, together with the attached list of IP Addresses.  In accordance with our duty under Rule 45 and in order to reduce the administrative burden and cost of this production and facilitate your search and records work in retrieving the customer contact information for the enclosed IP addresses we invite you to contact us upon receipt hereof so that we may discuss any questions, concerns or issues you may have.

Please note that pursuant to the court's order, "if the ISP and/or any defendant wishes to move to quash the subpoena, such party must do so before the return date of the subpoena and the ISP shall preserve any subpoenaed information pending the resolution of any timely filed motion to quash."

Thank you very much for assisting us with this request. We look forward to working with you.  Please contact me with any questions.

Sincerely,

Kenneth J. Ford

Enclosures:     Subpoenas; Court Orders; Schedule A - IP Address Lists

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of West Virginia

| | | |
|---|---|---|
| Combat Zone, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:10-cv-00112 |
| DOES 1-7098 | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Wide Open West Attn:  Marian Samuals/Custodian of Records, 1674 Frontenac Road, Naperville, IL 60563

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Pursuant to the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached Schedule A to Plaintiff's Complaint.

| Place:  Kenneth J. Ford, Esq. | Date and Time: |
|---|---|
| Adult Copyright Company | |
| 322 W. Washington Street, Suite 8 | 12/30/2010 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   _11/24/2010_

*CLERK OF COURT*

OR  _____

_____            _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ **Plaintiff** _____

Axel Braun Productions _____ , who issues or requests this subpoena, are:

Kenneth J. Ford, Adult Copyright Company, 322 W. Washington Street, Suite 8, Charles Town, WV 25414
Tel: 304-945-0288, Fax: 304-945-0288, email: kford@adultcopyrightcompany.com

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  3:10-cv-00112

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____          _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### Martinsburg

**AXEL BRAUN PRODUCTIONS**,

        Plaintiff,

v.

                                            **Case No. 3:10-CV-112**
                                            Judge Bailey

**DOES 1 - 7098**,

        Defendants.

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
### TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE

        Pending before this Court is plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (Doc. 3).  This Court, having reviewed the Complaint (Doc. 1) and Motion (Doc. 3) and the Memorandum of Points and Authorities in Support of Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (Doc. 4), is of the opinion that the Motion should be **GRANTED**.  Accordingly, it is hereby **ORDERED** as follows:

        1.     That the plaintiff is allowed to serve immediate discovery on the Internet Service Providers ("ISPs") listed in Schedule A to plaintiff's Complaint in order to obtain the identity of each Doe defendant, including those Doe defendants for which plaintiff has already identified an Internet Protocol (IP) address and those Doe defendants for which plaintiff identifies IP addresses during the course of this litigation, by serving a Rule 45 subpoena that seeks information sufficient to identify each defendant, including name, current and permanent addresses, telephone numbers, email addresses, and Media Access Control addresses;

        2.     That the plaintiff may serve immediate discovery on any ISP identified by the

same means detailed in the Motion and Declaration of Matthias Schroeder Padewet (Doc. 4), or identified as providing network access or online services to one or more Doe defendants, by an ISP upon whom a Rule 45 subpoena is served, for which an infringing download has been identified by individual IP address together with the date and time access to the torrent network by such IP address was made for the purpose of downloading unlawful copies of plaintiff's copyrighted motion picture, "*Batman XXX: A Porn Parody.*" Such Rule 45 subpoena may seek information sufficient to identify each Doe defendant, including his or here name, address, telephone number, email address, and Media Access Control Address;

3.      That plaintiff is permitted to serve a Rule 45 subpoena in the same manner as above to any ISP that is identified in response to a subpoena as a provider of internet services to one of the Doe defendants;

4.      That any information disclosed to plaintiff in response to a Rule 45 subpoena may be used in this action by plaintiff for the purpose of protecting plaintiff's rights as set forth in its Complaint and for no other purpose;

5.      That if the ISP and/or any defendant wishes to move to quash the subpoena, such party must do so before the return date of the subpoena, which shall be at least thirty days from the date of service;

6.      That the ISP shall preserve any subpoenaed information pending the resolution of any timely filed motion to quash; and

7.      That the plaintiff shall provide each ISP to which a subpoena is directed with a copy of this Order.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record herein.

**DATED:** November 12, 2010.


JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

# SCHEDULE A

| | | | | | |
|---|---|---|---|---|---|
| 6968 | 71.191.159.193 | 2010-10-24 05:15:21 PM | Batman XXX | Verizon Internet Services | |
| 6969 | 96.255.46.234 | 2010-10-25 01:21:06 AM | Batman XXX | Verizon Internet Services | |
| 6970 | 108.4.214.196 | 2010-10-25 01:36:56 AM | Batman XXX | Verizon Internet Services | |
| 6971 | 96.232.169.75 | 2010-10-25 01:59:00 AM | Batman XXX | Verizon Internet Services | |
| 6972 | 74.107.137.200 | 2010-10-25 03:06:13 AM | Batman XXX | Verizon Internet Services | |
| 6973 | 96.239.128.144 | 2010-10-25 03:44:12 AM | Batman XXX | Verizon Internet Services | |
| 6974 | 96.255.80.91 | 2010-10-25 02:29:31 PM | Batman XXX | Verizon Internet Services | |
| 6975 | 71.172.69.111 | 2010-10-25 04:38:06 PM | Batman XXX | Verizon Internet Services | |
| 6976 | 96.245.194.161 | 2010-10-25 05:32:59 PM | Batman XXX | Verizon Internet Services | |
| 6977 | 173.74.61.142 | 2010-10-25 08:48:24 PM | Batman XXX | Verizon Internet Services | |
| 6978 | 96.245.196.168 | 2010-10-26 12:29:15 AM | Batman XXX | Verizon Internet Services | |
| 6979 | 72.93.185.125 | 2010-10-26 01:00:00 AM | Batman XXX | Verizon Internet Services | |
| 6980 | 72.88.90.164 | 2010-10-26 03:22:05 AM | Batman XXX | Verizon Internet Services | |
| 6981 | 173.57.78.163 | 2010-10-26 04:33:08 AM | Batman XXX | Verizon Internet Services | |
| 6982 | 98.111.26.112 | 2010-10-26 05:14:13 AM | Batman XXX | Verizon Internet Services | |
| 6983 | 71.109.101.208 | 2010-10-26 09:23:49 AM | Batman XXX | Verizon Internet Services | |
| 6984 | 71.187.70.32 | 2010-10-26 09:35:06 AM | Batman XXX | Verizon Internet Services | |
| 6985 | 72.91.178.181 | 2010-10-26 05:36:39 PM | Batman XXX | Verizon Internet Services | |
| 6986 | 71.117.233.238 | 2010-10-26 08:49:11 PM | Batman XXX | Verizon Internet Services | |
| 6987 | 96.226.212.210 | 2010-10-26 10:15:38 PM | Batman XXX | Verizon Internet Services | |
| 6988 | 71.175.206.107 | 2010-10-26 10:26:04 PM | Batman XXX | Verizon Internet Services | |
| 6989 | 71.175.203.66 | 2010-10-26 10:37:53 PM | Batman XXX | Verizon Internet Services | |
| 6990 | 74.105.168.104 | 2010-10-26 11:54:37 PM | Batman XXX | Verizon Internet Services | |
| 6991 | 71.190.231.178 | 2010-10-27 12:14:06 AM | Batman XXX | Verizon Internet Services | |
| 6992 | 96.233.179.222 | 2010-10-27 12:33:50 AM | Batman XXX | Verizon Internet Services | |
| 6993 | 173.79.82.100 | 2010-10-27 01:10:33 AM | Batman XXX | Verizon Internet Services | |
| 6994 | 74.108.88.100 | 2010-10-27 01:28:28 AM | Batman XXX | Verizon Internet Services | |
| 6995 | 173.75.245.209 | 2010-10-27 03:22:11 AM | Batman XXX | Verizon Internet Services | |
| 6996 | 173.58.28.239 | 2010-10-27 04:16:18 AM | Batman XXX | Verizon Internet Services | |
| 6997 | 72.93.197.128 | 2010-10-27 04:33:02 AM | Batman XXX | Verizon Internet Services | |
| 6998 | 173.48.171.206 | 2010-10-27 06:05:01 AM | Batman XXX | Verizon Internet Services | |
| 6999 | 74.108.19.194 | 2010-10-27 07:53:29 AM | Batman XXX | Verizon Internet Services | |
| 7000 | 69.14.246.217 | 2010-08-01 03:42:28 PM | Batman XXX | WideOpenWest | |
| 7001 | 69.14.91.128 | 2010-08-01 10:33:15 PM | Batman XXX | WideOpenWest | |
| 7002 | 24.192.97.243 | 2010-08-02 04:25:50 AM | Batman XXX | WideOpenWest | |
| 7003 | 67.149.88.208 | 2010-08-04 02:15:26 AM | Batman XXX | WideOpenWest | |
| 7004 | 64.53.237.168 | 2010-08-04 08:34:50 PM | Batman XXX | WideOpenWest | |
| 7005 | 96.27.110.242 | 2010-08-05 03:17:16 AM | Batman XXX | WideOpenWest | |
| 7006 | 64.53.212.157 | 2010-08-05 05:04:00 AM | Batman XXX | WideOpenWest | |
| 7007 | 69.47.16.132 | 2010-08-05 06:21:24 PM | Batman XXX | WideOpenWest | |
| 7008 | 24.192.17.63 | 2010-08-06 05:18:40 PM | Batman XXX | WideOpenWest | |
| 7009 | 67.149.16.216 | 2010-08-08 06:15:00 AM | Batman XXX | WideOpenWest | |
| 7010 | 24.192.214.106 | 2010-08-08 10:07:18 AM | Batman XXX | WideOpenWest | |
| 7011 | 64.53.158.104 | 2010-08-09 03:03:27 AM | Batman XXX | WideOpenWest | |
| 7012 | 67.149.9.207 | 2010-08-09 03:32:51 AM | Batman XXX | WideOpenWest | |
| 7013 | 69.47.216.254 | 2010-08-09 04:15:39 AM | Batman XXX | WideOpenWest | |
| 7014 | 24.192.133.20 | 2010-08-12 12:58:21 AM | Batman XXX | WideOpenWest | |
| 7015 | 67.149.137.110 | 2010-08-13 11:02:04 AM | Batman XXX | WideOpenWest | |
| 7016 | 96.27.34.237 | 2010-08-14 12:57:51 AM | Batman XXX | WideOpenWest | |
| 7017 | 64.233.223.48 | 2010-08-15 07:38:07 AM | Batman XXX | WideOpenWest | |
| 7018 | 75.118.192.150 | 2010-08-16 01:07:59 PM | Batman XXX | WideOpenWest | |
| 7019 | 69.14.99.26 | 2010-08-19 10:00:40 PM | Batman XXX | WideOpenWest | |

| | | | | |
|---|---|---|---|---|
| 7020 | 75.118.116.29 | 2010-08-20 07:52:43 PM | Batman XXX | WideOpenWest |
| 7021 | 69.47.67.38 | 2010-08-21 08:01:15 AM | Batman XXX | WideOpenWest |
| 7022 | 64.53.200.10 | 2010-08-22 06:15:17 PM | Batman XXX | WideOpenWest |
| 7023 | 24.192.81.76 | 2010-08-27 09:15:33 AM | Batman XXX | WideOpenWest |
| 7024 | 69.47.156.254 | 2010-09-01 03:39:16 AM | Batman XXX | WideOpenWest |
| 7025 | 75.118.38.22 | 2010-09-02 09:50:23 PM | Batman XXX | WideOpenWest |
| 7026 | 64.233.230.158 | 2010-09-06 07:40:27 AM | Batman XXX | WideOpenWest |
| 7027 | 65.60.186.125 | 2010-09-09 06:37:15 PM | Batman XXX | WideOpenWest |
| 7028 | 69.14.99.15 | 2010-09-10 04:01:52 AM | Batman XXX | WideOpenWest |
| 7029 | 24.192.164.26 | 2010-09-13 08:03:36 AM | Batman XXX | WideOpenWest |
| 7030 | 75.118.173.222 | 2010-09-14 04:05:12 AM | Batman XXX | WideOpenWest |
| 7031 | 69.14.99.255 | 2010-09-19 02:23:36 AM | Batman XXX | WideOpenWest |
| 7032 | 69.14.202.249 | 2010-09-19 06:06:58 AM | Batman XXX | WideOpenWest |
| 7033 | 65.60.198.238 | 2010-09-20 04:59:37 AM | Batman XXX | WideOpenWest |
| 7034 | 24.192.245.148 | 2010-09-21 01:24:09 AM | Batman XXX | WideOpenWest |
| 7035 | 24.192.104.6 | 2010-09-22 11:38:33 AM | Batman XXX | WideOpenWest |
| 7036 | 64.53.241.80 | 2010-09-27 04:50:43 AM | Batman XXX | WideOpenWest |
| 7037 | 75.118.10.180 | 2010-10-08 11:02:34 PM | Batman XXX | WideOpenWest |
| 7038 | 24.192.99.39 | 2010-10-11 12:24:07 PM | Batman XXX | WideOpenWest |
| 7039 | 64.53.235.137 | 2010-10-11 07:37:56 PM | Batman XXX | WideOpenWest |
| 7040 | 64.53.142.3 | 2010-10-18 04:11:32 AM | Batman XXX | WideOpenWest |
| 7041 | 64.53.190.228 | 2010-10-20 09:35:16 PM | Batman XXX | WideOpenWest |
| 7042 | 69.14.156.16 | 2010-10-22 05:42:50 AM | Batman XXX | WideOpenWest |
| 7043 | 69.47.190.77 | 2010-10-24 06:19:53 PM | Batman XXX | WideOpenWest |
| 7044 | 67.149.34.135 | 2010-10-25 01:46:21 PM | Batman XXX | WideOpenWest |
| 7045 | 65.60.247.91 | 2010-10-25 07:49:57 PM | Batman XXX | WideOpenWest |
| 7046 | 174.131.143.196 | 2010-08-01 01:55:16 PM | Batman XXX | Windstream Communications |
| 7047 | 71.31.236.169 | 2010-08-01 04:14:53 PM | Batman XXX | Windstream Communications |
| 7048 | 75.90.69.231 | 2010-08-02 09:25:12 PM | Batman XXX | Windstream Communications |
| 7049 | 98.18.109.81 | 2010-08-04 04:37:23 AM | Batman XXX | Windstream Communications |
| 7050 | 75.89.166.34 | 2010-08-05 04:46:29 AM | Batman XXX | Windstream Communications |
| 7051 | 208.101.135.72 | 2010-08-05 02:23:17 PM | Batman XXX | Windstream Communications |
| 7052 | 75.90.20.201 | 2010-08-06 07:03:57 PM | Batman XXX | Windstream Communications |
| 7053 | 98.16.0.234 | 2010-08-07 02:14:48 AM | Batman XXX | Windstream Communications |
| 7054 | 75.88.86.109 | 2010-08-09 06:56:19 PM | Batman XXX | Windstream Communications |
| 7055 | 75.88.85.103 | 2010-08-09 10:31:23 PM | Batman XXX | Windstream Communications |
| 7056 | 174.130.84.63 | 2010-08-11 02:24:33 PM | Batman XXX | Windstream Communications |
| 7057 | 98.18.41.152 | 2010-08-14 11:15:25 PM | Batman XXX | Windstream Communications |
| 7058 | 173.186.28.131 | 2010-08-15 12:05:20 AM | Batman XXX | Windstream Communications |
| 7059 | 151.213.93.73 | 2010-08-17 01:57:24 AM | Batman XXX | Windstream Communications |
| 7060 | 75.91.65.77 | 2010-08-19 06:13:20 PM | Batman XXX | Windstream Communications |
| 7061 | 67.214.29.52 | 2010-08-20 10:40:37 AM | Batman XXX | Windstream Communications |
| 7062 | 98.18.60.137 | 2010-08-20 07:45:16 PM | Batman XXX | Windstream Communications |
| 7063 | 67.214.28.69 | 2010-08-28 01:14:09 PM | Batman XXX | Windstream Communications |
| 7064 | 98.22.240.250 | 2010-08-29 11:33:08 PM | Batman XXX | Windstream Communications |
| 7065 | 173.184.35.207 | 2010-08-31 08:27:50 AM | Batman XXX | Windstream Communications |
| 7066 | 173.191.10.189 | 2010-08-31 10:49:48 AM | Batman XXX | Windstream Communications |
| 7067 | 173.185.23.47 | 2010-08-31 12:03:27 PM | Batman XXX | Windstream Communications |
| 7068 | 75.117.209.95 | 2010-08-31 11:08:40 PM | Batman XXX | Windstream Communications |
| 7069 | 98.20.223.75 | 2010-09-01 01:50:05 AM | Batman XXX | Windstream Communications |
| 7070 | 173.191.72.251 | 2010-09-01 05:00:58 AM | Batman XXX | Windstream Communications |
| 7071 | 75.117.211.242 | 2010-09-10 09:10:40 AM | Batman XXX | Windstream Communications |