IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**AXEL BRAUN PRODUCTIONS,**

    Plaintiff,

v.                                     CIVIL ACTION NO.  3:10-CV-112
                                         (BAILEY)

**DOE 1,**

    Defendant.

### ORDER

On this day, the above-styled matter came before this Court for consideration of John Doe's Motion to Quash [Doc. 24], filed on January 4, 2011.  In his motion, Doe indicates that his Internet Service Provider ("ISP") is Wide Open West.  ([Doc. 24] at 1).  However, on December 23, 2010, this Court severed and dismissed every Doe in this case except Doe 1, whose ISP is AT&T WorldNet Services [Doc. 6].  Thus, insofar as Doe 1 is the only remaining defendant in this case and the subpoena served upon AT&T WorldNet Services as to Doe 1 is the only remaining subpoena in this case, Doe's motion is moot. Accordingly, this Court hereby **DENIES AS MOOT** John Doe's Motion to Quash **[Doc. 24]**.

    It is so **ORDERED**.

    The Clerk is hereby directed to transmit copies of this Order to counsel of record.

    **DATED**: January 4, 2011.

                                                        JOHN PRESTON BAILEY
                                                        UNITED STATES DISTRICT JUDGE