U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **Axel Braun Productions** | ) |
| 19360 Rinaldi Street, #405 | ) |
| Porter Ranch, CA 91326 | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Case Number 3:10-cv-00112-JPB |
| | ) |
| **DOE 1** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Axel Braun Productions (hereinafter the "Plaintiff"), by counsel and pursuant to Fed. R. Civ. P. 41(a), hereby files this its Notice of Dismissal without prejudice of the Doe Defendant in the above captioned matter. Defendant has not filed an answer or a motion for summary judgment in this matter.

DATED this 10th day of January 2011.

Axel Braun Productions

By: /s/ _____
Kenneth J. Ford, Esq.
WV Bar # 8066
Adult Copyright Company
322 W. Washington Street, Suite 8
Charles Town, WV 25414
Ph: 304-945-0288
Fax: 304-945-0288 (select fax option)
kford@adultcopyrightcompany.com
*Attorney for the Plaintiff*